# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL HALL, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-4759 |
| SEPTA, *et al.*, | : | |

## ORDER

**AND NOW**, this 27th day of March, 2024, upon consideration of Defendant, SEPTA's, Motion to Dismiss Complaint (ECF No. 10), Defendant, Transport Workers Union Local 234's, Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 12), Plaintiff's Emergency Motion (ECF No. 17), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motions are **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED** *with prejudice*.

3. Plaintiff's Motion is **DISMISSED** as moot.

4. The Clerk of Court is directed to mark this matter as **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**